[No. 65725-9-I.   Division One.   January 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER P. FENDICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06467-5, Cheryl B. Carey, J., entered July 12, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Leach, JJ.

[No. 65766-6-I.   Division One.   January 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN JAMES ROOT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01009-3, Michael T. Downes, J., entered July 7, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 65865-4-I.   Division One.   January 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK AVERY HARLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-02291-1, Ellen J. Fair, J., entered August 4, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 65951-1-I.   Division One.   January 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL CLIFFORD MICHAELS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00639-6, Ira Uhrig, J., entered August 2, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Leach, JJ.